## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION | C.A. No. 19-md-02895-LPS |
| THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT PURCHASER ACTIONS<br><br>ALL INDIRECT PURCHASER ACTIONS | C.A. No. 19-396-LPS<br>C.A. No. 19-1460-LPS<br>C.A. No. 19-369-LPS<br>C.A. No. 19-1461-LPS |

## [PROPOSED] ORDER

AND NOW, this 16th day of December, 2019, the Court having considered Direct

Purchaser Plaintiffs' and Indirect Purchaser Plaintiffs' Joint Motion to File Their Joint Briefs in

Opposition to Defendants' Motions to Dismiss Under Seal (the "Motion"):

IT IS HEREBY ORDERED that the Motion is Granted;

IT IS HEREBY FURTHER ORDERED that Plaintiffs shall file their Joint Briefs in

Opposition to Defendants' Motions to Dismiss under seal;

IT IS HEREBY FURTHER ORDERED that Plaintiffs shall file a redacted version of

their Joint Briefs in Opposition to Defendants' Motions to Dismiss Complaint within 7 days after

service of the Joint Briefs in Opposition to Defendants' Motions to Dismiss.

Hon. Leonard P. Stark
United States District Court Judge